## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| ARVELLA DENISE JOHNSON, | |
| | NO. 07-24577 |
| DEBTOR | JUDGE: Schmetterer |

### NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATIONS

As you know, our firm represents EverHome Mortgage Company in your Chapter 13 Case Number 07-24577. In that capacity, we have been retained to collect a debt provided for by your Chapter 13 Plan. Accordingly, any information with which you provide this office can and may be used to collect that debt:

| | | |
|---|---|---:|
| 02/10-05/10 monthly payments at $1,033.07 each | = $ | 4,132.28 |
| 04 late charges at $36.72 each | = $ | 146.88 |
| Suspense balance | = $ | (821.53) |
| TOTAL | = $ | 3,457.63 |

Respectfully submitted,

/s/ Todd J. Ruchman
Attorney for EverHome Mortgage Company

Josephine J. Miceli ARDC# 06243494
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
Attorneys for Movant
09-015794

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**